**24-cv-00243**

2

$1,000,000

Detective Daniel Boyd
Individual + Official Capacity
331 W Southern Avenue
South Williamsport PA
17702

State action in
support of private
Landlords refusal
to accomodate
black mold allergy
symptoms and
remediate mold,
and in support
of landlord
(the Reagans)
harassment +
retaliation
under ADA/Fair Housing

Jeffrey Johnson
Property manager
Reagan Real Estate LLC
54 Church Alley
Montgomery PA
17752

Discrimination Harassment
Retaliation under ADA/Fair Housing
$100,000 Damages

State tort
pendent
jurisdiction
gross negligence
exception
to sovereign
immunity
$1,000,000

Lycoming College
One College Place
Williamsport PA
17701
Kent C. Trachte President

Negligent Training
(no ADA Training)
Negligent supervision
of Jeffrey Johnson
$100,00

Finally, I will assign all damage to charities,
add to record documents

Glenn Stephens III _Glenn_ #

3

PS — These additional defendant all arise under either the same nucleus of operative facts, related causes of action (ADA) or if State pendant jurisdiction (Boyd gross negligence, Lycoming College negligent Traing & supervision) should be joined for purpose of judicial efficiency. One trial is a more judicially efficient means to litigate these issue than a half dozen trials in one or more states. Rather than wasting Tonpayer and courts resources, add these all diverse (all in PA) defendant to my Ragan case.

I will shortly provide a detailed complaint in compliance wtne FRCP and court rules.

Glann Stephens III        I
Pro se Plaintiff
150 murray St
Niwot CO 80544

RECEIVED

NOV 25 2024

CLERK, U.S.D.C.
CHEYENNE, WYOMING

US DISTRICT Court Clerk
2120 Capital Ave Room 2131
Cheyenne WY 82001

Dear Clerk:

Earlier, I filed a federal question/diversity
ADA/Fair Housing suit against landlords
Brian Regan, Kelly Reagan and their LLC.

I wish to add additional defendants:

                                            Damages
Nancy Butts Individual and official        $100,00
Lycoming County Prison Board  capacity      Failure To
48 W 3rd St Williamsport PA 17701           accomodate
Although County Board Head,                  disability
I wish To revisit Aldinger v Hamel          under ADA
427 US 1 (1976)                             4th, 14th Amendment
                                            Section 1983

Thomas Marino, DA  Individual +            $ 1,000,000
Lycoming County    official                 Malicious Prosecution,
48 W 3rd st Williamsport PA 1701  capacity  Unconstitutional
Although County want                        Seisure 1st Amendment
Cart To revisit Aldinge                     4th Amendment
and                                         14th Amendment

Glenn Staples IV
Pro Se Plaintiff
150 Murray St
Niwot CO 80544

OMAHA NE 680

16 NOV 2024 PM 2 L

Adding defendants to
Regan case

US DISTRICT Court Clerk
2120 Capital Ave Room 2131
Cheyenne WY 82001

82001-365631